AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Fitzwater, Sidney A. | 2. Court or Organization<br><br>U.S. District Court, Northern District of Texas | 3. Date of Report<br><br>04/06/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

U.S. Courthouse
1100 Commerce St., Room 1528
Dallas, Texas 75242-1035

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzwater, Sidney A. | 04/06/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Cheryl Henry - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzwater, Sidney A. | 04/06/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzwater, Sidney A. | 04/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Funds-Wash. Mut. Invs. Fund-A | A | Dividend | J | T | | | | | |
| 2. UBS Bank USA Deposit Acct. | A | Interest | K | T | | | | | |
| 3. 3M Corp. Common Stock | A | Dividend | K | T | | | | | |
| 4. J.P. Morgan Chase & Co. Common Stock | A | Dividend | J | T | | | | | |
| 5. Trust # 2 (Nos. 5-10) (H) | | | | | | | | | |
| 6. -UBS RMA Gov't Money Mkt. Fund | A | Dividend | K | T | | | | | |
| 7. -Lord Abbett Income Fund-Class A | B | Dividend | K | T | | | | | |
| 8. -Lord Abbett Intermediate Tax Free Fund-Class A | B | Dividend | K | T | | | | | |
| 9. -Lord Abbett Short Duration Income Fund-Class A | B | Dividend | K | T | | | | | |
| 10. -Thornburg Limited Term Municipal Fund-Class A | A | Dividend | K | T | | | | | |
| 11. Calamos Growth and Income Fund-Class C (See Part VIII) | A | Dividend | J | T | | | | | |
| 12. Lord Abbett Fundamental Equity-Class C (See Part VIII) | B | Dividend | J | T | | | | | |
| 13. MFS Total Return Bond Fund | A | Dividend | J | T | | | | | |
| 14. Lord Abbett Income Fund-Class A | A | Dividend | J | T | | | | | |
| 15. Lord Abbett Intermediate Tax Free Fund-Class A | A | Dividend | J | T | | | | | |
| 16. Lord Abbett Short Duration Income Fund-Class A | A | Dividend | J | T | | | | | |
| 17. Thornburg Limited Term Municipal Fund-Class A | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzwater, Sidney A. | 04/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Lincoln Nat'l Corp. Secure Line | C | Interest | M | T | | | | | |
| 19. IRA #1 (Nos. 19-24) (H) | | | | | | | | | |
| 20. -Royce Premier Fund (See Part VIII) | A | Dividend | L | T | Sold (part) | 09/22/17 | J | | |
| 21. -Blackrock Strategic Income A | B | Dividend | K | T | | | | | |
| 22. -Blackrock Global Allocation Fund Inc. A | A | Dividend | K | T | | | | | |
| 23. -First Eagle Global Fund Class A | A | Dividend | L | T | Sold (part) | 09/22/17 | J | A | |
| 24. -FT-Franklin Income | C | Dividend | L | T | | | | | |
| 25. Aberdeen Asia-Pacific Income Fund | A | Dividend | J | T | | | | | |
| 26. Ameren Corporation Common Stock | A | Dividend | J | T | | | | | |
| 27. Consolidated Edison, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 28. Dominion Energy, Inc. Common Stock (See Part VIII) | B | Dividend | K | T | | | | | |
| 29. Dreyfus Strategic Municipals Inc. (Closed-End Fund) | A | Dividend | J | T | | | | | |
| 30. Duke Energy Corp. Common Stock | B | Dividend | K | T | | | | | |
| 31. Entergy Corp. Common Stock | A | Dividend | J | T | | | | | |
| 32. Exelon Corp. Common Stock | A | Dividend | K | T | | | | | |
| 33. ExxonMobil Corp. Common Stock | D | Dividend | M | T | | | | | |
| 34. Firstenergy Corp. Common Stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzwater, Sidney A. | 04/06/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NextEra Energy, Inc. Common Stock | B | Dividend | K | T | | | | | |
| 36. Hawaiian Electric Industries Inc. Common Stock | A | Dividend | K | T | | | | | |
| 37. Express Scripts Holding Co. Common Stock | | None | J | T | | | | | |
| 38. Merck & Co. Inc. Common Stock | A | Dividend | K | T | | | | | |
| 39. Monsanto Co. New Common Stock | A | Dividend | J | T | | | | | |
| 40. Nuveen Quality Municipal Income Fund | C | Dividend | J | T | | | | | |
| 41. Nuveen Municipal Credit Income Fund | C | Dividend | L | T | | | | | |
| 42. Nuveen AMT-Free Quality Municipal Income Fund | B | Dividend | K | T | | | | | |
| 43. Nuveen Municipal Value Fund Inc. | B | Dividend | K | T | | | | | |
| 44. Nuveen Select Maturities Municipal Fund | A | Dividend | K | T | | | | | |
| 45. Pepsico, Inc. Common Stock | B | Dividend | K | T | | | | | |
| 46. Pfizer Inc. Common Stock | A | Dividend | K | T | | | | | |
| 47. Spectra Energy Corp. Common Stock (See Part VIII) | A | Dividend | | | Merged (with line 59) | 02/27/17 | J | | |
| 48. Invesco Van Kampen Municipal Opportunity Trust | A | Dividend | J | T | | | | | |
| 49. Westar Energy Inc. Common Stock | A | Dividend | J | T | | | | | |
| 50. Xcel Energy Inc. Common Stock | B | Dividend | K | T | | | | | |
| 51. TIAA-CREF Savings and Investment Plan (Annuity) | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzwater, Sidney A. | 04/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. TIAA-CREF (IRA) Managed Allocation Fund II R | | None | L | T | Sold (part) | 09/11/17 | J | A | |
| 53. USAA Tax Exempt Long-Term Bond Fund | D | Interest | M | T | | | | | |
| 54. Blackrock Strategic Income A | A | Dividend | J | T | | | | | |
| 55. Emerson Electric Co. Common Stock | A | Dividend | K | T | | | | | |
| 56. Royal Dutch Shell PLC Common Stock | A | Dividend | J | T | | | | | |
| 57. WEC Energy Group Inc. Common Stock | A | Dividend | J | T | | | | | |
| 58. Minn. Life Ins. Co. Eclipse Protector Indexed Univ. Life Policy | | None | J | T | | | | | |
| 59. Enbridge Inc. Common Stock (X) (See Part VIII) | A | Dividend | J | T | | | | | |
| 60. Bank of America Cash Account (X) | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fitzwater, Sidney A. | 04/06/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Item Nos. 11 and 12

Item Nos. 11 and 12 are the same assets reported as Item Nos. 11 and 12 in my 2016 Financial Disclosure Report. The specific class has been added to each asset description.

Part VII, Item No. 20

No gain code is disclosed in Column D(4) for this item because it was sold at a loss.

Part VII, Item No. 28

This item is reported in my 2016 Financial Disclosure Report under the name "Dominion Resources, Inc." Dominion Resources, Inc. changed its name to Dominion Energy, Inc. on May 10, 2017.

Part VII, Item Nos. 47 and 59

Spectra Energy Corp. ("Spectra") merged with Enbridge Inc. ("Enbridge") effective February 27, 2017. Spectra common stock was exchanged for Enbridge common stock, and Spectra shareholders received cash in lieu of any fractional Enbridge common shares. The effect of the merger is that Enbridge acquired Spectra, and Spectra common stock is no longer publicly traded. No gain is reported in Column D(4) of Item No. 47 because the merger did not result in a gain.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sidney A. Fitzwater**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544